AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUL -8 2015

David J. Bradley, Clerk

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Luis Fernando Perez- Robledo
A088 786 951
AKA:

IAE  YOB: 1985
**United Mexican States**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-15-1106-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 6, 2015** in **Starr** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Luis Fernando Perez-Robledo was encountered by Border Patrol Agents near La Grulla, Texas on July 6, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 6, 2015, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 9, 2010, through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 17, 2009, the defendant was convicted of 8 U.S.C. 1324 Transporting Illegal Aliens and was sentenced to eight (8) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved
Joseph Leonard

Sworn to before me and subscribed in my presence,

**July 8, 2015**

Signature of Complainant
Julio Ibarra    Border Patrol Agent

**Nancy K. Johnson**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer